IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ruskin, Ryan

Printed: 10/23/07

Case Number: 04 B 31316
Judge: Hollis, Pamela S
Filed: 8/23/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  September 20, 2007
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 160,205.67 |  |
| Secured: |  | 60,000.00 |
| Unsecured: |  | 91,716.32 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 8,467.35 |
| Other Funds: |  | 22.00 |
| Totals: | 160,205.67 | 160,205.67 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Long Beach Mortgage Co | Secured | 0.00 | 0.00 |
| 2. | Deutsche Bank National | Secured | 0.00 | 0.00 |
| 3. | Long Beach Mortgage Co | Secured | 60,000.00 | 60,000.00 |
| 4. | Deutsche Bank National | Unsecured | 0.00 | 0.00 |
| 5. | Washington Mutual Bank FA | Unsecured | 395.00 | 395.00 |
| 6. | American Express Travel Relate | Unsecured | 21,583.67 | 21,583.67 |
| 7. | Discover Financial Services | Unsecured | 8,716.14 | 8,716.14 |
| 8. | Resurgent Capital Services | Unsecured | 7,460.72 | 7,460.72 |
| 9. | Resurgent Capital Services | Unsecured | 9,404.37 | 9,404.37 |
| 10. | ECast Settlement Corp | Unsecured | 19,482.81 | 19,482.81 |
| 11. | RoundUp Funding LLC | Unsecured | 9,942.26 | 9,942.26 |
| 12. | American General Finance | Unsecured | 5,809.36 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 1,423.74 | 1,423.74 |
| 14. | ECast Settlement Corp | Unsecured | 7,275.32 | 7,275.32 |
| 15. | Jordans Auto | Unsecured | 1,685.46 | 1,685.46 |
| 16. | ECast Settlement Corp | Unsecured | 1,188.05 | 1,188.05 |
| 17. | Union League Club | Unsecured | 3,179.59 | 3,158.78 |
| 18. | Banana Republic | Unsecured |  | No Claim Filed |
| 19. | Capital One | Unsecured |  | No Claim Filed |
| 20. | CitiFinancial | Unsecured |  | No Claim Filed |
| 21. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 22. | Monarch Finance | Unsecured |  | No Claim Filed |
| 23. | Jewel Food Stores | Unsecured |  | No Claim Filed |
| 24. | LDC Collection Systems | Unsecured |  | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ruskin, Ryan

Printed: 10/23/07

Case Number: 04 B 31316
Judge: Hollis, Pamela S
Filed: 8/23/04

26.  Global Payments           Unsecured                               No Claim Filed

$ 157,546.49        $ 151,716.32

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 1,131.00 |
| 4% | 231.53 |
| 3% | 261.35 |
| 5.5% | 1,434.82 |
| 5% | 279.96 |
| 4.8% | 699.96 |
| 5.4% | 4,428.73 |
|  | $ 8,467.35 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_